**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **E.A.R.P.,** | : | |
| | : | |
| **Petitioner,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-44–WLS-AGH** |
| | : | |
| **WARDEN, IRWIN COUNTY** | : | |
| **DETENTION CENTER,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |
| _____ | : | |

## ORDER

Before the Court is Respondents' Response to Motion to Enforce (Doc. 6) filed April 9, 2026. Therein, Respondents acknowledge this Court's recent rulings in *Lopez Perez v. Paulk et al.*, No. 7:26-cv-29 (M.D. Ga. Apr. 6, 2026), ECF No. 15, and *Espinoza Hernandez v. Paulk, et al.*, 7:25-cv-201 (M.D. Ga. Apr. 6, 2026), ECF No. 17, concerning motions to enforce raising the same or similar arguments as those at issue in this case. In an effort to preserve legal issues and conserve the Court's and parties' resources, Respondents incorporate by reference their arguments made in the responses filed in *Lopez Perez* and *Espinoza Hernandez* without setting forth those arguments in full. By attempting to incorporate by reference documents filed in other cases without making arguments specific to the facts of this case, the Respondents make an incomplete Record in this case.

Accordingly, on or before close of business on **Friday, April 17, 2026**, the Respondents shall file their complete response to Petitioner's Motion to Enforce Order, or in the Alternative, for the Court to Conduct a Bond Hearing (Doc. 5).

**SO ORDERED**, this 10th day of April 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**