**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **E.A.R.P.,** | : | |
| | : | |
| **Petitioner,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-44–WLS-AGH** |
| | : | |
| **WARDEN, IRWIN COUNTY** | : | |
| **DETENTION CENTER,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## ORDER

By Order (Doc. 11) entered July 29, 2026, Petitioner was ordered to file, on or before August 5, 2026, a notice of dismissal or to respond and show cause why this action should not be dismissed as moot and judgment entered. A review of the docket reflects that as of the date of this Order, Petitioner has failed to comply with the July 29, 2026 Order.

Accordingly, the Petitioner, having failed to respond to the Court's July 29, 2026 Order, and having received the remedy that the Court is authorized to order,[1] the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 7th day of August 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Pursuant to the Court's May 19, 2026 Order (Doc. 10), Respondents were ordered to provide Petitioner, within seven days of such order, with a bond hearing that comported with all requirements of due process, including the requirement that the Department of Homeland Security bear the burden of establishing by clear and convincing evidence that Petitioner was either a danger to the community or a flight risk.

1