IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| EFREN ABEL RAMIREZ PEREZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-44 (WLS-AGH) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk